### 25536.   CHERRY, *alias* GOINS, *v.* THE STATE.

BROYLES, C. J.   The accused was charged with an assault with intent to murder, and convicted of the offense of stabbing.   The verdict was amply authorized by the evidence.   The motion for a new trial contained only the general grounds.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED MAY 26, 1936.

*George H. Perry,* for plaintiff in error.
*R. A. Patterson, solicitor-general, Hooper & Hooper,* contra.

---

### 25539.   SALE *v.* THE STATE.

BROYLES, C. J.   The accused was convicted of carrying a concealed weapon and of carrying a pistol without a license.   The verdict was amply supported by the evidence.   The motion for a new trial contained the general grounds only.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED MAY 26, 1936.

*George H. Perry,* for plaintiff in error.
*R. A. Patterson, solicitor-general, Hooper & Tooper,* contra.